# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DA'QUAIN DAVIS

NO. 2025 KW 0335

**JULY 14, 2025**

---

In Re: Da'Quain Davis, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-24-01351.

---

BEFORE: **HESTER, EDWARDS, AND BALFOUR, JJ.**

**WRIT DENIED.**

CHH
BDE
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT